

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00261-CR

Darrick Davon **OLIVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1844
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's Pro Se Motion to Reconsider is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court